**Order entered June 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00771-CV

### IN RE ROBERT C. LOWRY, M.D., Relator

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01187**

## ORDER

Before Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the cost of this original proceeding.


/s/    ELIZABETH LANG-MIERS
        JUSTICE